### John C. WERNER, Appellant,

v.

### STATE of Missouri, Respondent.

### No. WD 65345.

Missouri Court of Appeals,
Western District.

Sept. 12, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 31, 2006.

Kent E. Gipson, Kansas City, MO, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., P.J., EDWIN H. SMITH, and LISA WHITE HARDWICK, JJ.

#### *Order*

PER CURIAM.

This appeal is from the denial of John C. Werner's post-conviction motion based on ineffective assistance of counsel. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).